

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ALBERT RAMIREZ, | § | No. 08-11-00298-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20090D03210) |
| | § | |

# O R D E R

Pending before the Court is Appellant's motion to supplement the record with the reporter's record with hearings conducted on April 8, 2011. The motion is GRANTED. Further, the Court orders the court reporter to prepare and file the supplemental reporter's record no later than June 27, 2014. Appellant's brief is currently on its second final extension and is due to be filed on June 10, 2014. Given that the record is incomplete, the Court has determined that Appellant's brief shall be due 30 days after the date the supplemental reporter's record is filed. The Court discourages the filing of any extension requests to file the supplemental record or the Appellant's brief absent extraordinary circumstances.

IT IS SO ORDERED this 28th day of May, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.